UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERESA KAY ECKMAN, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | 2:18-CV-11677-TGB <br><br> ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF MICHIGAN |

This case is an appeal from the denial of Social Security benefits. Plaintiff states that she resides in Osceola County, Michigan. Osceola County is in the Western District of Michigan. *See* 28 U.S.C. § 102(b)(1). Plaintiff, however, brought this case in the Eastern District of Michigan. It is well-established that the transfer of venue is a matter with the sound discretion of a district court. *Norwood v. Kirkpatrick*, 349 U.S. 29, 31-33, 75 S.Ct. 544, 99 L.Ed. 789 (1955). A motion for transfer of venue is not required, and the court may enter an order sua sponte. *Carver v. Knox*

*County, Tenn.*, 887 F.2d 1287, 1291 (6th Cir. 1989). Pursuant to the Social Security Act, an action brought against the Commissioner must be brought in the judicial district where the plaintiff resides. *See* 42 U.S.C. § 405(g); *see also Wright v. Comm'r of Soc. Sec.*, No. 07-CV-15403-DT, 2008 WL 2246043 (E.D. Mich. May 30, 2008). As such, the Court hereby **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Western District of Michigan, Southern Division.

**SO ORDERED**.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 12, 2018

### Certificate of Service

I hereby certify that this Order was electronically submitted on June 12, 2018, using the CM/ECF system, which will send notification to each party.

s/A. Chubb
Case Manager

2